UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MOUNIR A. KUBLAWI, | ) | |
| | ) | |
| Petitioner, | ) | 3:11-CV-0789-ECR-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | / | |

  Petitioner has filed an Application to Proceed in Forma Pauperis (ECF No. 1) and has submitted a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Motion for Appointment of Counsel.

  The financial information provided in support of the Application to Proceed in Forma Pauperis indicates that petitioner is unable to pay the filing fee. Therefore, his in forma pauperis application shall be granted.

  The Court will also grant petitioner's Motion for Appointment of Counsel. The petition filed in this action includes several claims and has attached a large volume of exhibits and supporting documentation, suggesting that it may be a relatively complex petition. Furthermore, petitioner faces a lengthy sentence. Moreover, the issues raised in the petition suggest a possible need for investigation of background facts.

1    Therefore, the Federal Public Defender for the District of Nevada (FPD) shall be
2 appointed to represent petitioner.  If the FPD is unable to represent petitioner, due to a conflict of
3 interest or other reason, then alternate counsel for petitioner shall be located, and the Court will enter
4 a  separate order appointing  such alternate counsel.  In either case, counsel will represent petitioner
5 in all future federal proceedings relating to this matter (including subsequent actions) and appeals
6 therefrom, unless allowed to withdraw.

7    **IT IS THEREFORE ORDERED** that petitioner's application to proceed in forma
8 pauperis (ECF No. 1) is **GRANTED.**  The Clerk shall detach and file the petition and motion for
9 appointment of counsel.

10    **IT IS FURTHER ORDERED** that the Motion for Appointment of Counsel (ECF
11 No. 1-2) is **GRANTED**.  The Federal Public Defender is appointed to represent Petitioner.

12    **IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE**
13 the Federal Public Defender for the District of Nevada (FPD) and respondents with a copy of this
14 Order, together with a copy of the petition for writ of habeas corpus and its attachments.  The FPD
15 shall have thirty (30) days from the date of entry of this Order to file a notice of appearance or to
16 indicate to the Court its inability to represent petitioner in these proceedings.  Respondents shall
17 have twenty days to file a notice of appearance identifying the name and contact information for the
18 attorney assigned to the case.

19    **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this
20 case, the Court will issue a scheduling order, which will, among other things, set a deadline for the
21 filing of a First Amended Petition.

22    DATED this 1st day of November 2011.

23
24
25                                    _____
                                      UNITED STATES DISTRICT JUDGE
26

2