1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7                **DISTRICT OF NEVADA**
8
9
MOUNIR A. KUBLAWI,                 )
10                                   )
                    Petitioner,      )        3:11-CV-0789-ECR-VPC
11                                   )
vs.                                  )
12                                   )        **ORDER**
JACK PALMER, *et al.*,               )
13                                   )
                    Respondents.     )
14  _____/

15

16          In this habeas corpus action, on November 15, 2011, counsel appeared on behalf of

17  respondents (docket #6).  Respondents' counsel is Robert E. Wieland, Deputy Attorney General,

18  5420 Kietzke Lane, Suite 202, Reno, NV 89511, 775-688-1822.

19          On December 2, 2011, counsel appeared on behalf of petitioner (docket #7).

20  Petitioner's counsel is Megan Hoffman, Assistant Federal Public Defender,411 E. Bonneville Ave.,

21  Las Vegas, NV 89101, 701-388-6577.

22          The Court will set a schedule for further proceedings in this action.

23          **IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with

24  petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the

25  procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as

26  fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise

petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **ninety** (90) **days**, to file and serve an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).  Respondents shall have **forty-five (45) days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition.  If petitioner does not file an amended petition, respondents shall have thirty (30) days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **thirty (30) days** after service of the answer to file and serve a reply.

**IT IS FURTHER ORDERED** that counsel for respondents shall make available to counsel for petitioner (photocopying costs at the latter's expense), as soon as reasonably possible, copies of whatever portions of the state court record they possess regarding the judgment petitioner is challenging in this case.

**IT FURTHER IS ORDERED** that any state court record exhibits filed by the parties herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno.

Dated this 6th day of March 2012.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE

2