**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOUNIR A. KUBLAWI, ) | |
| ) | |
| Petitioner, ) | 3:11-CV-0789-ECR-VPC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JACK PALMER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

In this habeas corpus action, on August 23, 2012, respondents filed a motion for extension of time to file a response to the amended petition. ECF No. 20. Respondents seek an additional four weeks to and including September 20, 2012, for that purpose. Good cause appearing

**IT IS THEREFORE ORDERED** that the motion for time (ECF No. 20) is **granted**. The response to the amended petition shall be filed on or before September 20, 2012.

DATED this 27th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE