

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOUNIR A. KUBLAWI, | |
| Petitioner, | 3:11-cv-00789-RCJ-VPC |
| vs. | **ORDER** |
| JACK PALMER, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a state prisoner represented by counsel. Respondents have filed a motion for a second extension of time in which to file a reply regarding the pending motion to dismiss. (ECF No. 32). Respondents seek a 35-day enlargement of time, up to and including January 7, 2013, to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a reply (ECF No. 32) is **GRANTED.** The reply shall be filed on or before **January 7, 2013.**

DATED this 15th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE